UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY SKOCHKO,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCY HOUSING, INC. DBA NEBRASKA MERCY HOUSING, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-08659-JSC<br><br>**ORDER RE: DISCOVERY DISPUTE JOINT LETTER**<br><br>Re: Dkt. No. 43 |

Now pending before the Court is a discovery dispute joint letter regarding Defendant's interrogatory responses. Oral argument is not required to resolve the dispute. *See* N.D. Cal. Civ. L.R. 7-1(b).

**Interrogatory No. 9:** Defendant shall supplement its response to identify any written communications Defendant had with Extended Stay America (ESA) regarding ESA's policy not to allow hospital beds in their hotel rooms or to state that it did not have any written communications.

**Interrogatory No. 10:** Defendant's response identifies certain emails and documents. Defendant shall supplement its response to state that the emails and documents discussed in its response are all the evidence reflecting its efforts to find a hotel for Plaintiff that would permit a hospital bed in 2019, 2020, and 2021. If there is additional evidence, then it must be identified in the supplemental response.

**Interrogatory No. 12:** Defendant shall supplement its response to provide the information requested by the interrogatory in an organized manner. The Court has reviewed Defendant's current response and cannot understand what Defendant's answer is to the questions posed.

**Interrogatory No. 13:** Defendant shall supplement its response to provide the information requested by the interrogatory in an organized manner. The Court has reviewed Defendant's current response and cannot understand what Defendant's answer is to the questions posed.

Defendant shall serve Plaintiff with its supplemental responses **by March 28, 2022,** and at the same time file the supplemental responses on the docket.

This Order disposes of Docket No. 43.

**IT IS SO ORDERED.**

Dated: March 21, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge